IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FALLON WAYNE HART, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 4:16-CV-874-A |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

In accordance with the opinion signed by the Court on even date herewith,

The Court ORDERS, ADJUDGES, and DECREES that the petition pursuant to 28 U.S.C. § 2254 filed by petitioner, Fallon Wayne Hart, in the above-captioned action be, and is hereby, denied.

SIGNED March 20, 2018.

JOHN MCBRYDE
UNITED STATES DISTRICT JUDGE